IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ADRIÁN ESPINOZA DE LA CRUZ and A-E-V, a minor,<br><br>Petitioners,<br>vs.<br><br>ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Board Patrol; et al.,<br><br>Respondents. | CV-26-289-GF-BMM<br><br>ORDER |

The United States has filed a motion for leave to file under seal its exhibit to its upcoming response to Petitioners' habeas petition.

WITH GOOD CAUSE SHOWN, the motion is GRANTED. The United States may file its response brief exhibit under seal.

DATED this 19th day of August 2026.

Brian Morris

Brian Morris, Chief District Judge
United States District Courts