IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ADRIÁN ESPINOZA DE LA CRUZ and A-E-V, a minor,<br><br>Petitioners,<br>vs.<br><br>ZACHARY CROSSON, Chief Patrol Agent of the Havre Sector, U.S. Customs and Board Patrol; et al.,<br><br>Respondents. | CV-26-289-GF-BMM<br><br>ORDER |

Respondents have filed an unopposed motion to vacate the hearing on Petitioners' Order to Show Cause, currently scheduled for August 21, 2026 in Helena, Montana, and instead permit submission on the briefs. With good cause shown, the motion is hereby GRANTED.

The August 21, 2026 hearing is VACATED. This case is submitted on the briefs.

DATED this 29th day of August 2026.

Brian Morris

Brian Morris, Chief District Judge
United States District Courts